**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**
**Caption in Compliance with D.N.J. LBR 9004-2(c)**

Order Filed on November 4, 2016
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

Samuel A. Velez
Elga E. Velez

Case No.: 11-26856-CMG

Hearing Date: 11/2/16

Judge: Gravelle

Chapter: 13

Recommended Local Form:     ☑ Followed     ☐ Modified

# ORDER REOPENING CASE

The relief set forth on the following page is hereby **ORDERED**.

**DATED: November 4, 2016**

Honorable Christine M. Gravelle
United States Bankruptcy Judge

Upon the motion of _____debtor_____, and for good cause shown, it is

ORDERED as follows:

1. This case is reopened.

2. ❏ A Trustee shall be appointed.

   ☑ A Trustee shall not be appointed.

3. ❏ The case shall be immediately reclosed.

   ❏ The case shall be closed within _____ days.

   ☑ The case shall be reviewed within \_\_20\_\_ days for closing eligibility. Debtors Certification of Completion of Post-Petition Instructional Course Concerning Personal Financial Management - Official Form 423 to be filed with in 10 days from entry of this order.

The successful party shall serve this Order on the debtor, any trustee and all parties who entered an appearance on this motion.

*rev. 6/1/06. jml*

2

United States Bankruptcy Court
District of New Jersey

In re:  
Samuel A. Velez  
Elga E. Velez  
     Debtors

Case No. 11-26856-CMG  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-3      User: admin      Page 1 of 1      Date Rcvd: Nov 04, 2016  
                    Form ID: pdf903      Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 06, 2016.  
db/jdb          Samuel A. Velez,    Elga E. Velez,    75 May Street,    New Brunswick, NJ    08901-3323

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                TOTAL: 0

         ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 06, 2016                                Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 4, 2016 at the address(es) listed below:  
         Albert   Russo    docs@russotrustee.com  
         Albert   Russo (NA)    on behalf of Trustee Albert   Russo docs@russotrustee.com  
         Denise E. Carlon    on behalf of Creditor    PNC Bank, National Association dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com  
         Joshua I. Goldman    on behalf of Creditor    PNC Bank, National Association jgoldman@kmllawgroup.com, bkgroup@kmllawgroup.com  
         Thomas M. Nicely    on behalf of Joint Debtor Elga E. Velez tnicely@garcesgrabler.com, tmnicely@hotmail.com;eperez@garcesgrabler.com  
         Thomas M. Nicely    on behalf of Debtor Samuel A. Velez tnicely@garcesgrabler.com, tmnicely@hotmail.com;eperez@garcesgrabler.com  
                                                                                                       TOTAL: 6