UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re:
**Samuel Velez**
**Elga E. Velez**

Case No. **11-26856**

Judge:

Chapter: 13

# CERTIFICATION IN SUPPORT OF DISCHARGE

I, _____**Samuel Velez**_____, debtor in the above captioned case request the Court issue a discharge on my behalf. As such I hereby certify as follows:

1. All payments required to be made by me to the standing trustee under my plan have been made and are paid in full.

2. ☑ I am not required to pay any domestic support obligations, or

   ☐ I am required to pay domestic support obligations and I have paid all amounts payable under court order or statute that were due on or before the date of this certification, or

   ☐ I am required to pay domestic support obligations, but have not paid all the amounts due pursuant to court order or statute as of the date of this certification.

3. My current address is:
   75 May Street
   New Brunswick, NJ 08901

4. The name and address of my current employer is:

I certify under penalty of perjury that the foregoing is true and correct.

Date: **December 6, 2016**          /s/ **Samuel Velez**
                                    **Samuel Velez**
                                    Debtor's Signature

**NOTE: Each debtor in a joint case must file separate Certifications in Support of Discharge.**

12/06/16 11:07AM

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re:
**Samuel Velez**
**Elga E. Velez**

Case No. **11-26856**

Judge:

Chapter: 13

# CERTIFICATION IN SUPPORT OF DISCHARGE

I, _____**Elga E. Velez**_____, debtor in the above captioned case request the Court issue a discharge on my behalf. As such I hereby certify as follows:

1. All payments required to be made by me to the standing trustee under my plan have been made and are paid in full.

2. [✓] I am not required to pay any domestic support obligations, or

   [ ] I am required to pay domestic support obligations and I have paid all amounts payable under court order or statute that were due on or before the date of this certification, or

   [ ] I am required to pay domestic support obligations, but have not paid all the amounts due pursuant to court order or statute as of the date of this certification.

3. My current address is:
   75 May Street
   New Brunswick, NJ 08901

4. The name and address of my current employer is:

I certify under penalty of perjury that the foregoing is true and correct.

Date: **December 6, 2016**    /s/ **Elga E. Velez**
**Elga E. Velez**
Debtor's Signature

**NOTE: Each debtor in a joint case must file separate Certifications in Support of Discharge.**