Form 177 – fnldec

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

                    Case No.:  11−26856−CMG
                    Chapter:  13
                    Judge:  Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Samuel A. Velez                                         Elga E. Velez
   75 May Street                                             75 May Street
   New Brunswick, NJ 08901−3323         New Brunswick, NJ 08901−3323

Social Security No.:
   xxx−xx−0714                                            xxx−xx−6317

Employer's Tax I.D. No.:

## FINAL DECREE

    The estate of the above named debtor(s) has been fully administered.

    If this case is a Chapter 11 or 13, the deposit required by the plan will be distributed, and it is

    ORDERED that Albert Russo is discharged as trustee of the estate of the above named debtor(s) and the bond is canceled; and the case of the above named debtor(s) is closed.


Dated: <u>December 14, 2016</u>               <u>Christine M. Gravelle</u>
                                            Judge, United States Bankruptcy Court